FRANK NORDONE CONTRACTING CO., INC., Respondent-Appellant, v. CITY OF NEW YORK, Appellant-Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

ELLEN H. LACHAUD et al., Appellants, v. METROPOLITAN OPERA ASSOCIATION, INC., Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant, v. ALCOA STEAMSHIP COMPANY, Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

MARY N. MCKEE, Respondent, v. RALPH H. MCKEE, Appellant.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ. [179 Misc. 617.]

JOHN M. MCGRATH, Respondent, v. MARTIN T. MANTON, Appellant.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

MARY A. AGUNZO, an Infant, by MICHAEL AGUNZO, Her Guardian ad Litem, et al., Appellants, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Respondent.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

JOHN O. HEWITT, Appellant, v. NOEL COWARD et al., Individually and as Copartners under the Name of TRANSATLANTIC PRODUCTIONS COMPANY, et al., Respondents.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ. [180 Misc. 1065.]

RALPH JOSEPHSON, Appellant, v. DRY DOCK SAVINGS INSTITUTION, Defendant, and HORTENZE Z. MENDEZ, Defendant-Respondent.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

CELIA MISHKIN, Respondent, v. MORRIS MISHKIN, Appellant, et al., Defendants.— No opinion. Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse on the ground that the issue whether plaintiff intended to waive her right to the weekly payments in question is an issue of fact to be determined after a trial and should not be disposed of as an issue of law on motion addressed to these pleadings.

JOHN BANCROFT, JR., Appellant, v. FRANCES H. BANCROFT, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

ALFRED C. BLUMENTHAL, Appellant, v. MARGARET F. BLUMENTHAL, Respondent.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse and deny the motion.